UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM DONALD GLEASON | ) | |
| and JESSICA ANN GLEASON | ) | Case No. 16-05886-JMC-7A |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| JOSEPH W. HAMMES, TRUSTEE | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Adv. Proc. No. |
| | ) | |
| UNITED AUTO CREDIT CORPORATION, | ) | |
| INDIANA BUREAU OF MOTOR VEHICLES | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT TO AVOID POST-PETITON LIEN

Comes now Joseph W. Hammes, Trustee ("Hammes"), by counsel, and for cause of action and claim for relief against United Auto Credit Corporation ("United Auto) and the Indiana Bureau of Motor Vehicles states as follows:

### INTRODUCTION

1.      William Donald Gleason and Jessica Ann Gleason filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code ("Bankruptcy Code") on July 31, 2016 (the "Petition Date").

2.      Hammes is the duly qualified and acting bankruptcy Trustee.

3.      United Auto is a corporation organized and existing under the laws of the State of California, with its principal business office located at 1071 Camelback Street, Suite 100, Newport Beach, CA  92660; and with its registered agent being CSC-Lawyers Incorporating Service, 2710

Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833. See the documents from the California Secretary of State attached hereto and marked collectively as Exhibit "A".

4.      The Indiana Bureau of Motor Vehicles is the governmental entity that issues titles to vehicles in the State of Indiana.

5.      The Indiana Bureau of Motor Vehicles is named as a defendant herein solely for the reason that the Trustee may need the Bureau of Motor Vehicles to issue a new title to the collateral in question.

## JURISDICTION

6.      The United States Bankruptcy Court of the Southern District of Indiana has jurisdiction over this proceeding pursuant to 28 USC §§ 157 and 1334. In accordance with 28 USC § 157(a) jurisdiction has been properly referred to this Court pursuant to S.D. Ind.L.R. 83-8.

7.      The count set forth in this Complaint constitutes a "core proceeding" as defined by 28 U.S.C. § 157 (b)(2)(B), (F), and (H). Hammes does consent to the entry of final orders or judgment by the Bankruptcy Judge.

8.      Venue is proper in this district pursuant to 28 U.S.C. §1409(a).

9.      This proceeding is properly initiated as an adversary proceeding pursuant to Fed. R. Bankr. P 7001(2). The statutory grounds for relief are 11 U.S.C § 549. This action is timely pursuant to § 549. The time period for bringing such actions has not yet expired.

## COUNT I
### (Avoidance of Lien)

10.     Hammes incorporates and restates the allegations contained in paragraphs 1 though 9 as if set forth fully herein.

11.     On or about July 9, 2016 the Debtors purchased a 2006 Dodge Ram 1500 VIN 1D7HU18256J123093 from Walters Used Car & Truck Superstore, which purchase was financed

by the Defendant, United Auto.

12.     The application for title was not made within thirty (30) days of the purchase date. A copy of the Application and BMV Customer Transaction Receipt is attached hereto as Exhibit "B".

13.     In fact the lien was not perfected within 30 days but rather perfected after the bankruptcy filing on August 9, 2016.

14.     Pursuant to Bankruptcy Code § 549 (a)(1), the Trustee is entitled to avoid a transfer that occurred after the commencement of the case.

15.     In this matter, the lien of United Auto, which appears on the Certificate of Title, occurred after the commencement of the case and no applicable exception applies.

WHEREFORE, Joseph W. Hammes ("Hammes") requests judgment in his favor against the Defendant (i) avoiding the transfer pursuant to Bankruptcy Code § 549; (ii) directing that United Auto Credit Corporation deliver to Hammes the title to the vehicle with its lien released within ten (10) days of the entry of judgment (iii) that in the event United Auto Credit Corporations does not deliver the title to Hammes that the court order the Indiana Bureau of Motor Vehicles to issue a new title in the name of William Donald Gleason and Jessica Ann Gleason without any liens or encumbrances and send the title to the Trustee; and (iii) granting Hammes all other relief just and proper.

Respectfully submitted,
HESTER BAKER KREBS LLC
Counsel for Plaintiff

By: */s/ Christopher E. Baker*
       Christopher E. Baker
       John J. Allman
       HESTER BAKER KREBS LLC
       Regions Tower / Suite 1600
       One Indiana Square
       Indianapolis, IN  46204
       Tel: (317) 608-1123; Fax: (317) 833-3031
       Email: CBaker@hbkfirm.com
       Email:  jallman@hbkfirm.com

# State of California
## Secretary of State

## Statement of Information
### (Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

**FJ01378**

# FILED

In the office of the Secretary of State
of the State of California

**JAN-09 2017**

This Space for Filing Use Only

**1. CORPORATE NAME**
UNITED AUTO CREDIT CORPORATION

**2. CALIFORNIA CORPORATE NUMBER**
C1959497

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 1071 CAMELBACK STREET SUITE 100, NEWPORT BEACH, CA 92660 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 1071 CAMELBACK STREET SUITE 100, NEWPORT BEACH, CA 92660 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | P.O. BOX 9945, NEWPORT BEACH, CA 92658 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ JAMES G. VAGIM III | 1071 CAMELBACK STREET SUITE 100, NEWPORT BEACH, CA 92660 | | | |
| 8. SECRETARY JAMES G. VAGIM III | 1071 CAMELBACK STREET SUITE 100, NEWPORT BEACH, CA 92660 | | | |
| 9. CHIEF FINANCIAL OFFICER/ RAVI R. GANDHI | 1071 CAMELBACK STREET SUITE 100, NEWPORT BEACH, CA 92660 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME JAMES G. VAGIM III | 1071 CAMELBACK STREET SUITE 100, NEWPORT BEACH, CA 92660 | | | |
| 11. NAME DAVID A. GARRAWAY | 1071 CAMELBACK STREET SUITE 100, NEWPORT BEACH, CA 92660 | | | |
| 12. NAME KRISTIN GILBERT | 1071 CAMELBACK STREET SUITE 100, NEWPORT BEACH, CA 92660 | | | |

**13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:**

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

**14. NAME OF AGENT FOR SERVICE OF PROCESS**
CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

**16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION**
INDIRECT AUTO FINANCE

**17.** BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 01/09/2017 | JAMES G. VAGIM III | CHIEF EXECUTIVE OFFICER | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 2 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

**EXHIBIT A**

## State of California
### Secretary of State



**S**

Attachment to
Statement of Information

(Domestic Stock and Agricultural Cooperative Corporations)

## FJ01378

In the office of the Secretary of State
of the State of California

### JAN-09 2017

This Space for Filing Use Only

**A. CORPORATE NAME**

UNITED AUTO CREDIT CORPORATION

**B. CALIFORNIA CORPORATE NUMBER**   C1959497          C1959497

**C. List of Additional Directors**

| NAME | ADDRESS | CITY | STATE | ZIP CODE |
|------|---------|------|-------|----------|
| LAWRENCE A. MARSIELLO   1071 CAMELBACK STREET SUITE 100, NEWPORT BEACH, CA 92660 | | | | |
| NAME / ADDRESS / CITY / STATE / ZIP CODE | | | | |
| NAME / ADDRESS / CITY / STATE / ZIP CODE | | | | |
| NAME / ADDRESS / CITY / STATE / ZIP CODE | | | | |
| NAME / ADDRESS / CITY / STATE / ZIP CODE | | | | |
| NAME / ADDRESS / CITY / STATE / ZIP CODE | | | | |
| NAME / ADDRESS / CITY / STATE / ZIP CODE | | | | |
| NAME / ADDRESS / CITY / STATE / ZIP CODE | | | | |
| NAME / ADDRESS / CITY / STATE / ZIP CODE | | | | |
| NAME / ADDRESS / CITY / STATE / ZIP CODE | | | | |
| NAME / ADDRESS / CITY / STATE / ZIP CODE | | | | |
| NAME / ADDRESS / CITY / STATE / ZIP CODE | | | | |
| NAME / ADDRESS / CITY / STATE / ZIP CODE | | | | |

SI-200A (REV 01/2013)                     Page 2 of 2

**EXHIBIT A**

Alex Padilla
California Secretary of State

# 🔍 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Monday, May 22, 2017. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

---

**C1959497   UNITED AUTO CREDIT CORPORATION**

---

| | |
|---|---|
| Registration Date: | 02/05/1996 |
| Jurisdiction: | CALIFORNIA |
| Entity Type: | DOMESTIC STOCK |
| Status: | ACTIVE |
| Agent for Service of Process: | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |
| | 2710 GATEWAY OAKS DR STE 150N |
| | SACRAMENTO CA 95833 |
| Entity Address: | 1071 CAMELBACK ST STE 100 |
| | NEWPORT BEACH CA 92660 |
| Entity Mailing Address: | P O BOX 6945 |
| | NEWPORT BEACH CA 92658 |

A Statement of Information is due EVERY year beginning five months before and through the end of February.

| Document Type | | File Date | 📄 | PDF |
|---|---|---|---|---|
| SI-COMPLETE | | 01/17/2017 | | |
| SI-COMPLETE | | 01/09/2017 | | |
| MERGER | | 12/31/2009 | | |
| PUBLICLY TRADED DISCLOSURE | | 03/14/2009 | | |
| REGISTRATION | | 02/05/1996 | | Image unavailable. Please request paper copy. |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions.

[Modify Search]   [New Search]   [Back to Search Results]

**APPLICATION FOR CERTIFICATE OF TITLE FOR A VEHICLE**
State Form 205 (R9 / 7-16)
Approved by State Board of Accounts, 2016
**INDIANA BUREAU OF MOTOR VEHICLES**

*This agency is requesting disclosure of your Social Security Number/ Federal Identification Number in accordance with IC 4-1-8-1; disclosure is mandatory, and this record cannot be processed without it.

---

To be completed by a police officer, BMV official, or BMV certified dealer signee for out-of-state titles. I hereby certify that I personally examined the following vehicle and find the identification number to be as follows.

Vehicle Identification Number

| Year | Make | Model | Type | Date (mm/dd/yyyy) |

Inspector's Printed Name and Title | City

Inspector's Signature | Badge, Branch, or Dealer Plate Number

I swear and affirm that I am authorized to perform this transaction, and I agree to indemnify and hold harmless the Indiana BMV from any and all liability arising from this transaction.

I swear and affirm that the information that I have entered on this form is correct. I understand that making a false statement on this form may constitute the crime of perjury.

Applicant Signature: _____

Printed Name: _____

Applicant Signature: _____

Printed Name: _____

Date (mm/dd/yyyy): _____

---

| Transaction Number | Branch Number | Invoice Number | BMV Use Only |
|---|---|---|---|
| 08091635800046 | 358 | | MV-NON DEALER-PREVIOUS TITLE |

| Social Security Number / Federal Identification Number * | Name of Applicant | BMV Use Only |
|---|---|---|
| | WILLIAM D & JESSICA A GLEASON | |

| Residence Address (number and street) | City | State | ZIP Code |
|---|---|---|---|
| 3612 E US HIGHWAY 136 | CRAWFORDSVILLE | IN | 47933-7912 |

| Vehicle Identification Number | Vehicle Year | Vehicle Make | Vehicle Model | Vehicle Type | Odometer | |
|---|---|---|---|---|---|---|
| 1D7HU18256J123093 | 2006 | DOD | Ram | TK | 127,659 M | ACTUAL |

| Former Title Number | Purchase Date (mm/dd/yyyy) | Lien (Y/N) | Speed (Y/N) | Dealer Number | BMV Use Only |
|---|---|---|---|---|---|
| MI | 07/09/2016 | 1 | No | 1300768 | |

| Holder of First Lien, Mortgage, or Other Encumbrance / Special Mailing Address | Mailing Address (number and street) |
|---|---|
| UNITED AUTO CREDIT CORP | PO BOX 277536 |

| City | State | ZIP Code | BMV Use Only |
|---|---|---|---|
| SACRAMENTO | CA | 95827-7536 | |

| Holder of Second Lien, Mortgage, or Other Encumbrance | Mailing Address (number and street) |
|---|---|

| City | State | ZIP Code | License Number | License Year | Forms Use | BMV Use Only |
|---|---|---|---|---|---|---|
| | | | | | | DB |

Gross Retail and Use Tax Affidavit- I/We hereby certify that sales or use tax on this vehicle was paid as indicated below.

| Selling Price | Less Trade-In / Discount | | Amount Subject to Tax | Amount of Tax | Dealer | Branch | Exempt | Exemption Code |
|---|---|---|---|---|---|---|---|---|
| $ 0.00 | $ 0.00 | 0.00 | $ 0.00 | $ 1,085.70 | DT | | | |

 

81925163

**CUSTOMER COPY**
**EXHIBIT B**



# Bureau of Motor Vehicles
## Customer Transaction Receipt
### State Form 51717 (R / 4-16)



**Branch:** GOSHEN STARS (358)
740 W LINCOLN AVE
GOSHEN, IN 46526-2418

**Date:** 8/9/16    **Time:** 11:05:41 am EDT

**Visit ID:** 212676595

**Visit Customer:** WILLIAM D GLEASON

## Transactions

| Trans_ID (PIN) | Trans Type | Trans_Subtype | Amount |
|---|---|---|---|
| 267328377 | Title - Initial Title Issuance | New | $15.00 |
| 267329130 | Title - Initial Title Issuance | New | $15.00 |
| 267329613 | Title - Initial Title Issuance | New | $15.00 |
| 267330415 | Title - Title Transfer | Transfer | $15.00 |
| 267330723 | Title - Title Transfer | Transfer | $15.00 |
| | | Subtotal: | $75.00 |
| | | Sales/Use Tax: | $0.00 |
| | | Credit Applied: | $0.00 |
| | | Total: | $75.00 |

**Payment Method** CHECK    **Amount**    $ 75.00    ******8402

| | |
|---|---|
| **Total Due:** | $75.00 |
| **Amount Paid:** | $75.00 |
| **Change Due:** | $0.00 |

Within 10 business days, you will receive your registration or title through the United States mail. Please allow 30 days to receive an approved Personalized License Plate. You will be able to track the progress of your registration or title by using your PIN number listed above when calling the BMV Customer Service Center at 888-myBMV-411 (888-692-6841).

If you have questions or comments, please call our Customer Service Center at 888-myBMV-411.

Please help us improve our service by completing a one-minute customer satisfaction survey. Your responses are completely confidential. Visit http://www.in.gov/bmvsurvey/start and enter the survey code 212676595 to get started.  Thank you.

 www.Facebook.com/inbmv     www.Twitter.com/inbmv     www.myBMV.com

        **EXHIBIT B**

**Customer Copy**

Page 1 of 1